Charles W. Douglas
David T. Pritikin
Marc E. Raven
Douglas I. Lewis
Rachel M. Blum
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Timothy T. Scott (SBN 126971)
Geoffrey M. Ezgar (SBN 184243)
SIDLEY AUSTIN BROWN & WOOD
555 California Street, Suite 5000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

Edward R. Barillari
Jennifer Leuba
AT&T CORP. -- LAW DIVISION
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
Telephone: (908) 532-1856
Facsimile: (908) 901-4688

Attorneys For Defendant AT&T Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. WILLIAMSON, on behalf of and as trustee for the Bondholders' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation<br><br>Plaintiff,<br><br>vs.<br><br>AT&T CORPORATION<br><br>Defendant. | Case No.: C 02 5442 SI<br><br>Assigned to: Judge Susan Illston<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41 (a)(1)(ii), AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, that the claims of plaintiff Richard A. Williamson, on behalf of and as trustee for the Bondholders' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation, asserted against defendant AT&T Corporation in the above-captioned action, shall be and are hereby DISMISSED with prejudice, AND THAT each party shall bear its own costs and attorneys' fees.

Dated: 7/7/05

WEIL, GOTSHAL & MANGES LLP

By: [signature]

Attorneys for Plaintiff

Dated: 7/11/05

SIDLEY AUSTIN BROWN & WOOD LLP

By: [signature]

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: _____

By: _____
Hon. Susan Illston, United States District Judge

IT IS SO ORDERED
Judge Susan Illston

2

CH1 3278263v.1